UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| GARY and ANITA PLUMLEY | PLAINTIFFS |
| VS. CASE NO. 10-CV-4108 | |
| YOUNG WELL SERVICE COMPANY, INC. | DEFENDANT/ THIRD PARTY DEFENDANT |
| SERVICE KING MANUFACTURING, INC. | DEFENDANT/ THIRD PARTY PLAINTIFF/ INTERVENOR DEFENDANT |
| VS. | |
| YOUNG WELL SERVICE COMPANY, INC. | THIRD PARTY DEFENDANT |
| AGCS MARINE INSURANCE COMPANY, AS SUBROGEE OF YOUNG WELL SERVICE COMPANY, INC. | INTERVENOR PLAINTIFF |

## JUDGMENT

Plaintiffs Gary and Anita Plumley filed an Amended Complaint against Defendants Service King Manufacturing, Inc. ("Service King") and Young Well Service Company, Inc. ("Young Well Service"). (ECF No. 43). Defendant Service King filed a Third Party Complaint against co-Defendant Young Well Service. (ECF. No. 11). This matter is now before the Court on Service King and Young Well Service's cross-motions for Summary Judgment. (ECF No. 27 and 36). Both Service King and Young Well Service have responded. (ECF No. 35 and 50). Both parties have replied. (ECF No. 50 and 52). The Court finds this matter ripe for consideration. For the reasons discussed in the Memorandum Opinion of even date, the Court finds that Young Well Service

Company's Motion for Summary Judgment against Gary and Anita Plumley and Service King (ECF No. 27) is **GRANTED**. Service King's Motion for Summary Judgment (ECF No. 36) against Young Well Service should be and hereby is **DENIED**. Service King Manufacturing's claims against Young Well Service Company are **DISMISSED WITH PREJUDICE**. Gary and Anita Plumley's claims against Young Well Service Company are also **DISMISSED WITH PREJUDICE**.

  IT IS SO ORDERED, this 17th day of October, 2011.

               /s/ Harry F. Barnes
               Hon. Harry F. Barnes
               United States District Judge